# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JAMES C. JONES AND FRANCES T. JONES, H/W

v.

SUNOCO, INC., (R&M), F/K/A SUN COMPANY, INC.AND F/K/A SUN OIL COMPANY, INC., SAFETY-KLEEN SYSTEMS, INC., CRC INDUSTRIES, INC., 3M COMPANY, ADVANCED AUTO PARTS, INC., THE PEP BOYS - MANNY, MOE & JACK, ACE HARDWARE CORP., ILLINOIS TOOL WORKS, INC., D/B/A PERMATEX AND D/B/A GUOUT AND D/B/A LPS LABORATORIES AND D/B/A WYNN'S KENDALL REFINING INC., ASHLAND, INC., UNION OIL OF CALIFORNIA D/B/A UNOCAL, WITCO DISTRIBUTION, INC. WAL-MART STORES, INC. HUNT REFINING COMPANY, HUNT OIL COMPANY, RUST-OLEUM CORP., INDIVIDUALLY AND D/B/A PARKS CORP., FUCHS LUBRICANTS CO.

PETITION OF:  HUNT OIL COMPANY

No. 61 EAL 2017

Petition for Allowance of Appeal from the Order of the Superior Court

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

It is further ordered that the Application for Stay is **DENIED.**